# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEUDY MEDINA BAEZ, | **Case No.: 8:22-cv-00770** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| VOLT INFORMATION SCIENCES, INC, WILLIAM J. GRUBBS, NICK S. CYPRUS, BRUCE G. GOODMAN,  LINDA PERNEAU, ARNOLD URSANER, and CELIA R. BROWN, | |
| Defendants. | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Aneudy Medina Baez ("Plaintiff") voluntarily dismisses this action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.


Dated: April 29, 2022                    **BRODSKY & SMITH**

                                 By:  */s/ Evan J. Smith*
                                 Evan J. Smith
                                 9595 Wilshire Blvd., Ste. 900
                                 Beverly Hills, CA 90212
                                 Phone: (877) 534-2590
                                 Facsimile (310) 247-0160

                                 *Attorneys for Plaintiff*